UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| COLLEEN M. MICHAUD, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | 1:11-cv-04-GZS |
| | ) | |
| SOCIAL SECURITY ADMINISTRA-TION COMMISSIONER, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 15) filed December 21, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's final decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

  /s/ George Z. Singal
United States District Judge

Dated this 10th day of January, 2012.